UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81406-Civ-MARRA/JOHNSON

TONY GRIFFIN,

    Plaintiff,

v.

PHIL'S AUTO BODY dba MAACO
COLLISION REPAIR & AUTO PAINTING,
A Florida Corporation and
PHILIPPE AUGUSTIN, individual

    Defendant.
_____/

## FINAL JUDGMENT

COMES NOW, the Plaintiff TONY GRIFFIN, by and through his undersigned counsel brought a claim against Defendants' PHIL'S AUTO BODY d/b/a MAACO COLLISION REPAIR & AUTO PAINTING, a Florida corporation and PHILIPPE AUGUSTIN, an individual for violations of the Fair Labor Standards Act, as amended (29 U.S.C. §201, et. Seq. hereinafter referred to as the "FLSA") to recover unpaid back wages, an additional equal amount as liquidated damages, and reasonable attorney's fees and costs.

On September 18, 2009, the Plaintiff filed a lawsuit seeking unpaid overtime, liquidated damages and attorneys' fees and costs against the Defendant PHIL'S AUTO BODY D/B/A MAACO COLLISION REPAIR & AUTO PAINTING, a Florida Corporation, [D.E. 1]. On May 11, 2010, Plaintiff filed an amended complaint, adding PHILIPPE AUGUSTIN as an individual defendant [D.E. 17].

On December 21, 2010, this honorable court granted Plaintiff's Motion for Summary Judgment [D.E. 36]. and January 20, 2011 [DE 39-1]

Based on affidavit of Plaintiff filed on October 28, 2010 [D.E. 27-1], he is owed 13 hours of overtime per week @ $15.28 per hour = $198.64 x 156 weeks = $30,987.84. An equal amount of $30,987.84 is due as liquidated damages, based on Defendant's willful disregard of the FLSA. Total owed is $61,975.68.

IT IS SO ORDERED AND ADJUDGED:

The Court enters Judgment in the amount of $61,975.68 based on $30,987.84 for unpaid wages and $30,987.84 in liquidated damages against Defendants, PHIL'S AUTO BODY d/b/a MAACO COLLISION REPAIR & AUTO PAINTING, a Florida corporation and PHILIPPE AUGUSTIN, an individual, plus attorney's fees and costs to be determined by the Court and Interest at the legal rate for which execution shall lie.

**ATTORNEY'S FEES AND COSTS**

The Court further finds that Plaintiff's attorney, Cathleen Scott, Esquire, has represented and verified to the Court, that the law firm of Cathleen Scott has expended 21.14 hours representing Plaintiff at the hourly rate of $285.00, and costs in the amount of $106.04 for a total award to Cathleen Scott, P.A. of $.5,871.19. (See Affidavit of Cathleen Scott attached hereto as Exhibit "A".)

The Court also finds that Plaintiff's former attorney's, Rosenthal, Levy & Simon, has represented and verified to the Court, that they have expended 23.00 hours representing Plaintiff at the hourly rate of $250.00 and costs in the amount of $539.92 for a total award to Rosenthal Levy & Simon, of $5,864.92. (See Affidavit of Alan Aronson attached hereto as Exhibit "B")

JUDGMENT for $ 61,975.68 for the Plaintiff, with interest therein, at the legal rate of 0.27 as provided by law, for with let execution lie. The Clerk shall close this case. All pending motions are denied as moot.

DONE AND ORDERED this __31__ day of __January__, 2010 in Chamber, West palm beach, Palm Beach County, Florida.

_____
Honorable KENNETH A. MARRA

cc:  Cathleen Scott, Esq., 250 S. Central Blvd., Ste. 104, Jupiter, FL 33458
Alan Aronson, Esq. Rosenthal, Levy, Simon, P.A., 1645 Palm Beach Lakes Blvd., Ste 350 West Palm Beach, Florida 33401
Phil's Auto Body d/b/a Maaco Collision Repair & Auto Painting, Philippe Augustin. 2293 Seaford Avenue, Wellington, FL 33414